ADE USAO# 2022R00172
KSC/2.12.24

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * CRIMINAL NO. $SAG$ 24 $cr$ 46 |
| v. | * |
| | * |
| ALWYN MEGGINSON II, | * (Distribution of and Possession with |
| | * Intent to Distribute Controlled |
| Defendant. | * Substances, 21 U.S.C. § 841; Forfeiture, |
| | * 21 U.S.C. § 853) |
| | * |
| | * |
| | * |
| | * |
| | * |

### INDICTMENT

### COUNT ONE

**(Distribution of and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

On or about December 13, 2021, in the District of Maryland, the defendant,

### ALWYN MEGGINSON II,

did knowingly and intentionally distribute and possess with the intent to distribute a mixture or

substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl]

propanamide, commonly known as fentanyl, a Schedule II controlled substance.

21 U.S.C. § 841(a)


USDC- BALTIMORE
'24 FEB 13 PM3:05

1

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853 in the event of the Defendant's conviction under Count One of this Indictment.

### Narcotics Forfeiture

2.     Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

### ALWYN MEGGISON II,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

    a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

    b.  any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Substitute Assets

3.     If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p).

21 U.S.C. § 853

_Erek Barron /ADE_
Erek L. Barron
United States Attorney

**SIGNATURE REDACTED**

Foreperson
Date: 2/13/24

3